UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROY ROBERTSON #716382,<br>Plaintiff | CIVIL ACTION NO. 5:19-1435-P |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| DARREL VANNOY,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 16), and after a *de novo* review of the record including the objection filed by Petitioner (Record Document 17), and having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. § 2253, **DENIES** a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 30th day of March, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT